CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 1 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 7:17CR00025 |
| v. ) | **ORDER** |
| REGAN DWAYNE REEDY and ) SUSAN ANNETTE REEDY, ) | By: Hon. Glen E. Conrad United States District Judge |
| Defendants. ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that Susan Annette Reedy's motion to dismiss the indictment (Docket No. 90) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendants and all counsel of record.

DATED: This 11th day of September, 2017.

_____
United States District Judge